**Abatement order filed August 2, 2016.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00396-CR
_____

**ROBERT JARRAD CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 17311**

## ABATEMENT ORDER

Appellant filed a motion to suppress illegally obtained evidence, which the trial court denied. Although appellant requested findings of fact, none have been filed. When the losing party on a motion to suppress requests findings of fact and conclusions of law, the trial court is required to make them. *State v. Cullen,* 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006).

Accordingly, the trial court is directed to reduce to writing its findings of fact and conclusions of law on the denial of appellant's motion to suppress and have a supplemental clerk's record containing those findings filed with the clerk of this court within thirty days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM